IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| LAURA KOHRS, | ) | | |
| | ) | | |
| Plaintiff, | ) | No. | 22 C 2039 |
| | ) | | |
| v. | ) | | |
| | ) | | |
| MARISSA COMMUNITY UNIT | ) | | |
| SCHOOL DISTRICT #40, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**NOTICE OF REMOVAL**

NOW COMES the Defendant, Marissa Community Unit School District #40, St. Clair County, Illinois, by and through its attorney, Robert E. Swain, Kriha Boucek LLC, and states the following as its notice of removal of this action to the United States District Court for the Southern District of Illinois. In support of this Notice of Removal, the Defendant states as follows:

1. This underlying action was filed in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, on July 25, 2022, and docketed as No. 22 LA 0628. St. Clair County lies within the Southern District of Illinois.

2. Marissa Community Unit School District #40 is the only defendant named in the complaint.

3. The Defendant first received a copy of the underlying complaint on August 3, 2022. This notice of removal is filed within thirty days of the Defendant first receiving a copy of the underlying complaint.

4. The underlying complaint contains one count alleged by the Plaintiff against the Defendant. The count bears the title "Common Law Retaliatory Discharge (for Requesting

Workers' Compensation Benefits"), but the substance of the count alleges a violation of, and prays for damages pursuant to, the *Family Medical Leave Act*, 29 U.S.C. § 2601 *et seq.* (the "FMLA").

4. Specifically, the complaint:

   a. Alleges that the Plaintiff was qualified for (¶ 6) and exercised (¶ 7) rights and benefits under the FMLA;

   b. Alleges that the Defendant terminated the Plaintiff's employment (¶ 10), that such termination was causally related to the Plaintiff's exercise of her rights under the FMLA (¶ 12), and that such termination violated the FMLA (¶ 13); and

   c. Prays for lost earnings (¶ 14), emotional damages (¶ 15), attorneys' fees and costs (¶ 16), incidental and consequential damages (¶ 17), and liquidated damages (¶ 18), all pursuant to the FMLA.

5. This Court has original jurisdiction of the Plaintiff's FMLA claim pursuant to 28 U.S.C. § 1331(a).

6. To the extent that the complaint also includes claim(s) arising under Illinois law, those claim(s) form part of the same case or controversy alleged in the complaint, and this Court has supplemental jurisdiction over such claim(s) pursuant to 28 U.S.C. § 1367(a).

7. This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

8. The summons and complaint served upon the Defendant in the underlying action are attached hereto as Exhibit A.  No other pleadings, process, or orders have been received by the Defendant.

WHEREFORE, the Defendant, the Board of Education of Marissa Community Unit School District #40, prays that this Court exercise jurisdiction over this action, adjudicate the merits of the same, and grant such other and further relief as the Court deems proper and just.

                                              Respectfully submitted,

                                              MARISSA COMMUNITY UNIT SCHOOL DISTRICT #40, St. CLAIR COUNTY, ILLINOIS

Date: August 31, 2022                    By: */s/ Robert E. Swain*
                                                                        One of its attorneys

Robert E. Swain,
 IL ARDC No. 6256749
Kriha Boucek LLC
3 Club Centre Court, Suite D
Edwardsville, Illinois 62025
630.394.3790
rob@krihaboucek.com

## CERTIFICATE OF SERVICE

 The undersigned, an attorney, certifies that a true and correct copy of the foregoing NOTICE OF REMOVAL was filed electronically with the Court's CM/ECF filing system, with copies sent by CM/ECF to all attorneys of record, and also sent by electronic and U.S. mail, first class postage prepaid, at or before the hour of 5:00 p.m., September 1, 2022, addressed as follows:

 Michael J. Brunton
 819 Vandalia (HWY 159)
 Collinsville, Illinois 62234
 mbrunton@bruntonlawoffice.com

Date: August 31, 2022    By: */s/ Robert E. Swain*

Robert E. Swain,
 IL ARDC No. 6256749
Kriha Boucek LLC
3 Club Centre Court, Suite D
Edwardsville, Illinois 62025
630.394.3790
rob@krihaboucek.com

# EXHIBIT A

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

LAURA KOHRS, )
 )
    Plaintiff, )
 )
vs. ) No. 22-LA-0628
 )
MARISSA COMMUNITY UNIT SCHOOL )
DISTRICT #40, )
 )
    Defendant. )

## SUMMONS

To the Defendant:    Marissa Community Unit School District #40
300 School View Drive
Marissa, IL 62257

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, St. Clair County Courthouse, 10 Public Square, Belleville, Illinois within 30 days after service of this Summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gove/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit https://www.illinoiscourt.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the Officer:

    This summons must be returned by the officers or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

Marie Zaiz
MARIE ZAIZ, Circuit Clerk    Witness, _____, 2022

(Seal of Court)    8/1/2022
Amber Joseph

_____
(Clerk of Court)

Name:    Michael Brunton
Attorney For:    Laura Kohrs
Address:    819 Vandalia (Hwy 159)
City:    Collinsville, IL 62234
Telephone:    (618) 343-0750
    Date of Service:____8-9_____, 2022
    (To be inserted by officer on copy left with Defendant or other person)

Electronically Filed
Marie Zaiz
Circuit Clerk
Jennifer Davlin
22LA0628
St. Clair County
7/25/2022 9:03 AM
18797384

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| LAURA KOHRS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 22LA0628 |
| vs. ) | |
| ) | |
| MARISSA COMMUNITY UNIT SCHOOL ) | **Plaintiff requests trial by jury** |
| DISTRICT #40, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

### COUNT I – Common Law Retaliatory Discharge
### (for Requesting Worker's Compensation Benefits)

NOW COMES Plaintiff, Laura Kohrs, (hereinafter referred to as "Kohrs") by her undersigned attorneys, Brunton Law Offices, P.C., and for Count I of her Complaint against Defendant, Marissa Community Unit School District #40, states:

1. Kohrs was employed by Marissa Community Unit School District #40, which is located in Marissa, St. Clair County, Illinois.

2. At all relevant times, Kohrs was qualified for her position and was able to perform all essential functions of her job.

3. Kohrs sustained an injury at work while working for Marissa Community Unit School District #40.

4. As a result of Kohrs' work related injury, Kohrs exercised her rights by requesting Illinois Workers' Compensation benefits from Marissa Community Unit School District #40.

5. On July 27, 2021, Marissa Community Unit School District #40 informed Kohrs that she was discharged from her employment with Marissa Community Unit School District #40.

1

6. Kohrs was qualified for benefits under the Family Medical Leave Act. 29 U.S.C. 2614, *et. seq.* (hereafter referred to a the "FMLA") due to her medical conditions and required medical treatment.

7. Kohrs exercised her rights by requesting medical leave, from Marissa Community Unit School District #40, which was pursuant to the FMLA.

8. Marissa Community Unit School District #40 was under a duty to offer Kohrs medical leave pursuant to the FMLA.

9. Marissa Community Unit School District #40 approved Kohrs' request for medical leave pursuant to the FMLA.

10. After requesting and being approved for medical leave pursuant to the FMLA, Kohrs was discharged from her job at Marissa Community Unit School District #40.

11. Prior to her termination, Kohrs was performing her job according to her employer's legitimate expectations.

12. Kohrs' discharge from her employment with Marissa Community Unit School District #40 is casually related to her request for, and approval of medical leave benefits pursuant to the Family Medical Leave Act, 29 U.S.C. 2614, *et. seq.*

13. Marissa Community Unit School District #40 discharged Kohrs in violation of the Family Medical Leave Act, 29 U.S.C. 2614, *et. seq.*

14. As a result of Marissa Community Unit School District #40's violation of the FMLA, Kohrs should be awarded compensatory damages for past and future lost earnings and benefits.

15. As a result of Marissa Community Unit School District #40's violation of the FMLA, Kohrs should be awarded compensatory damages for severe emotional trauma.

16. As a result of Marissa Community Unit School District #40's violation of the FMLA, Kors is entitled to an award of reasonable attorney fees and costs.

17. As a result of Marissa Community Unit School District #40's violation of the FMLA, Kohrs should be awarded all incidental and consequential damages.

18. As a result of Marissa Community Unit School District #40's violation of the FMLA, Kohrs should be awarded liquidated damages.

WHEREFORE, Plaintiff, Laura Kohrs, prays for judgment in an amount that exceeds $50,000.00 plus costs of this action, and for any other relief as this Court may deem just and proper.

**Plaintiff requests trial by jury.**

BRUNTON LAW OFFICES, P.C.

/s/ Michael J. Brunton
Michael J. Brunton, #06206663
819 Vandalia (HWY 159)
Collinsville, Illinois 62234
mbrunton@bruntonlawoffice.com
618-343-0750 / 618-343-0227 Facsimile
ATTORNEY FOR PLAINTIFF

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Laura Kohrs

### DEFENDANTS
Marissa Community Unit School District #40

**(b)** County of Residence of First Listed Plaintiff: Randolph
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michael J. Brunton / Brunton Law Offices
819 Vandalia (HWY 159), Collinsville, IL 62234
618-343-0750

Attorneys *(If Known)*
Robert E. Swain / Kriha Boucek LLC
3 Club Centre Court, Suite D, Edwardsville, IL 62025
630-394-3790

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [x] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S.C. Sec. 2601

Brief description of cause:
Retaliatory discharge in violation of Family Medical Leave Act, 29 U.S.C. Sec. 2601

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $50,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD | |
|---|---|---|
| August 31, 2022 | Robert E. Swain | Digitally signed by Robert E. Swain Date: 2022.08.31 14:51:38 -05'00' |

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____