IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAURA KOHRS,

Plaintiff,

v.

Case No. 22-cv-2039 JPG

MARISSA COMMUNITY UNIT
SCHOOL DISTRICT #40,

Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 6/20/2023**           MONICA A. STUMP, Clerk of Court

                                                       **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                           **J. PHIL GILBERT**
                           **DISTRICT JUDGE**